UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT HOOVER, on behalf of Karen Hoover, deceased,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>Defendants. | Case No. 10-cv-832-JPG |

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that the final decision of Michael J. Astrue, Commissioner of Social Security, to deny the application for disability insurance benefits filed by plaintiff's decedent Karen Hoover is affirmed.

**NANCY J. ROSENSTENGEL, Clerk of Court**

**s/ Jina Hoyt, Deputy Clerk**

**Date:  February 14, 2012**


**Approved:**    s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**